Bernice Walker, administratrix of estate of Orrin D. Walker, deceased, appellant, v. R. L. Brandon, appellee. Gen. No. 9,083.

Opinion filed January 24, 1939.
Mann & Stifler, John W. Speakman and Steely, Steely, Graham & Dysert, for appellant; Walter V. Dysert, of counsel. Acton, Acton & Baldwin, for appellee; D. S. Baldwin, of counsel.
Mr. Presiding Justice Riess delivered the opinion of the court.

L. B. Strayer, administrator, and R. D. Ward, administrator de bonis non of estate of Sarah Hefner, deceased, appellants, v. John F. Shepard and Normal State Bank, appellees. Gen. No. 9,112.

Opinion filed January 24, 1939.
William J. Bach, Richard F. Dunn and William R. Bach, for appellants. Sig Livingston and Martin, Hoose & DePew, for appellees.
Mr. Presiding Justice Riess delivered the opinion of the court.

Emma Krug, appellant, v. Marie Schwarzentraub, also known as Mary Schwarzentraub, appellee. Gen. No. 9,128.

Opinion filed January 24, 1939.
George Jochem and Earl B. Williamson, for appellant. J. M. Powers and Ramon A. Powers, for appellee.
Mr. Presiding Justice Riess delivered the opinion of the court.

People of the State of Illinois, defendant in error, v. William McCollum, plaintiff in error. Gen. No. 9,141.

Opinion filed January 24, 1939.
Walter V. Dysert and H. J. Hasch, for plaintiff in error. Oliver D. Mann, State's Attorney for defendant in error; Thos. C. Stifler, Assistant State's Attorney, of counsel.
Mr. Presiding Justice Riess delivered the opinion of the court.